# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARY A. PEEL,

    Plaintiff,

vs.                                     CASE NO. 5:08cv173/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 24) and Plaintiff's Objections To The Magistrate Judge's Report and Recommendation (Doc. 26). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's is approved and adopted and incorporated by reference in this order.

2. The decision of the Commissioner of Social Security is affirmed, and this case is dismissed.

3. The clerk is directed to close the file.

**ORDERED** on September 17, 2009.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**